**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERTA LOUISE MARTIN, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-0640 (JR) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, ROBERTA LOUISE MARTIN and JAMES RICHARD MARTIN, in the above-referenced matter.

                Respectfully submitted,

                AARON M. LEVINE & ASSOCIATES


                /s/ Aaron M. Levine
                AARON M. LEVINE, #7864
                1320 19th Street, N.W., Suite 500
                Washington, DC  20036
                202-833-8040
                Fax: 202-833-8046