**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERTA LOUISE MARTIN, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-0640 (JR) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, ROBERTA LOUISE MARTIN and JAMES RICHARD MARTIN, in the above-referenced matter.

                                         Respectfully submitted,

                                         AARON M. LEVINE & ASSOCIATES


                                         /s/ Steven J. Lewis
                                         STEVEN J. LEWIS, #472564
                                         1320 19th Street, N.W., Suite 500
                                         Washington, DC  20036
                                         202-833-8040
                                         Fax: 202-833-8046