**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERTA BURNS, et al.** )<br><br>)<br>**Plaintiffs,** )<br><br>**vs.** )<br><br>**ELI LILLY AND COMPANY** )<br><br>**Defendant.** )<br><br>) | **CIVIL ACTION 1:08-cv-00640-JR** |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as

counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Michelle R. Mangrum
Michelle R. Mangrum, D.C. Bar No. 473634
600 14TH Street, N.W., Suite 800
Washington, D.C.  20005-2004
(202) 783-8400  Telephone
(202) 783-4211 Facsimile

**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

147257v1

## <u>CERTIFICATE OF SERVICE</u>

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 16th day of April, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**


       /s/ Michelle R. Mangrum
       **ATTORNEY FOR DEFENDANT**
       **ELI LILLY AND COMPANY**

147257v1