THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERTA MARTIN, et al.** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **ELI LILLY AND COMPANY** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) <br> ) | **CIVIL ACTION 1:08-cv-00640-JR** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ John Chadwick Coots
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400  Telephone
(202) 783-4211 Facsimile

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

147258v1

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 16th day of April, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**

                                                /s/ John Chadwick Coots
                                                **ATTORNEY FOR DEFENDANT**
                                                **ELI LILLY AND COMPANY**