UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERTA LOUISE MARTIN, *et al.*,  :
        Plaintiffs,  :
  v.  : Civil Action No. 08-0640 (JR)
ELI LILLY AND COMPANY,  :
        Defendant.  :

### ORDER REFERRING TO MAGISTRATE JUDGE KAY

This case is referred to Magistrate Judge Kay for full case management, including discovery and settlement. It is

**SO ORDERED.**


                            JAMES ROBERTSON
                      United States District Judge