CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERTA LOUISE MARTIN, et al.           )
                                        )
                                        )
                                        )
                        Plaintiff       )
            v.                          )        Civil Case Number 08-0640 (RCL)
                                        )
                                        )
                                        )
ELI LILLY AND COMPANY                   )        Category B
                                        )
                        Defendant       )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 21, 2008</u> from <u>Judge James</u>

<u>Robertson</u> to <u>Chief Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Case transferred by consent.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Robertson</u> & Courtroom Deputy
       <u>Chief Judge Lamberth</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk